UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

JOSE DE JESUS GRULLON

        Plaintiff,

v.

CITIGROUP – EXECUTIVE PLANNING CENTER,

        Defendant.

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

Case No. 07 CV 3224 (KMK) (GAY)

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for

- Defendant Citigroup Inc. (incorrectly denominated in the Complaint as "Citigroup – Executive Planning Center")

I certify that I am admitted to practice in this Court.

Dated: August 24, 2007

        *s/Steven Gerber*
        Steven Gerber, Esq.
        Adorno & Yoss LLP
        155 Willowbrook Blvd., Suite 300
        Wayne, NJ 07470
        (973) 256-9000 phone number
        (973) 256-9001 fax number